THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ATEFEH EFTEKHARI,<br><br>            Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; and DOES 1 through 20, Inclusive,<br><br>            Defendant(s). | CASE NO.: 2:15-cv-05802 JAK (PLAx)<br><br>(Los Angeles County Superior Court Case No.: BC581398)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)**<br><br>**JS-6** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff ATEFEH EFTEKHARI is hereby dismissed in its entirety, with prejudice.

Dated:  September 25, 2015         By: _____
                                                                    JOHN A. KRONSTADT
                                                                    U.S. DISTRICT COURT JUDGE

- 1 -

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**

Eftekhari v. Lowe's
Case No.: 2:15-cv-05802